# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:18-cr-10031-STA |
| WESLEY WILSON, JR., | ) |
| Defendant. | ) |

## ORDER CONTINUING MOTION TO EXCLUDE HEARING (DE# 62) AND NOTICE OF RESETTING

The Motion Hearing in this matter is set for April 12, 2019 before Chief Judge S. Thomas Anderson. The Motion Hearing in the above styled matter shall be reset. The Motion Hearing is hereby reset to **May 3, 2019, at 10:00 a.m.** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Enter this the 5th day of April, 2019.

s/ S. Thomas Anderson
Chief United States District Judge