# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:18-CR-10031-STA-1 |
| | ) | |
| WESLEY J. WILSON, JR., *ET AL.* | ) | |

_____

# ORDER
_____

Defendant Wesley J. Wilson, Jr.'s Motion to Withdraw Document (ECF No. 62) is GRANTED, and the motion hearing scheduled for Friday, May 3, 2019, at 10:00 a.m. is CANCELLED.

Date: 4/30/2019

                                         s/S. Thomas Anderson
                                         HONORABLE S. THOMAS ANDERSON
                                         CHIEF UNITED STATES DISTRICT JUDGE
                                         WESTERN DISTRICT OF TENNESSEE