# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:18-CR-10031-STA-1 |
| | ) | |
| WESLEY J. WILSON, JR., *ET AL.* | ) | |

_____

## ORDER AND NOTICE OF RESETTING
_____

Defendant Wesley J. Wilson, Jr.'s Motion to Continue (ECF No. 88) is GRANTED, and the change-of-plea hearing scheduled for May 30, 2019, at 1:30 p.m. is rescheduled to **Tuesday, June 11, 2019 at 9:30 a.m.**

Date: May 29, 2019

                                                         <u>s/S. Thomas Anderson</u>
                                                         HONORABLE S. THOMAS ANDERSON
                                                         CHIEF UNITED STATES DISTRICT JUDGE
                                                         WESTERN DISTRICT OF TENNESSEE