# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:18-CR-10031-STA-1 |
| | ) | |
| WESLEY J. WILSON, JR., *ET AL.* | ) | |

_____

## ORDER
_____

Defendant Wesley J. Wilson, Jr.'s Motion to Continue (ECF No. 91) is GRANTED, and the change-of-plea hearing that was scheduled for June 11, 2019, at is rescheduled to June 24, 2019 at 10:00am.

Date:     June 13, 2019

s/S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TENNESSEE