IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10031-STA |
| WESLEY J. WILSON, JR. ) | |
| Defendant. ) | |

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

This cause came to be heard on June 24, 2019, Assistant United States Attorney, Jerry Kitchen, appearing for the Government and the defendant, Wesley J. Wilson, Jr., appearing in person, and with counsel, Joshua Lowther.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 and 2 of the Superseding Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, SEPTEMBER 24, 2019 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 24th day of June, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT